AO 21 (Rev. 5/85) Criminal Complaint

## United States District Court

NORTHERN DISTRICT OF GEORGIA

FILED-IN-CHAMBERS
U.S.D.C. Atlanta

MAR 0 4 2010

JAMES N. HATTEN, Clerk
By: ᴅᏋ
Deputy Clerk

UNITED STATES OF AMERICA
v.

DANNY PATTEN a/k/a black

CRIMINAL COMPLAINT

CASE NUMBER: 1:09-MJ-0263

(Name and Address of Defendant)

I, Perry Meador, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about December 23, 2009 in Cobb County, in the Northern District of Georgia defendant Danny Patten did, Track Statutory Language of Offense)

while aided and abetted by another, defendant committed the offense of armed bank robbery, in that by intimidation and by force and violence, he knowingly and willfully took from the person and presence of bank employees, United States currency then in the custody and control of Bank of America, located 2693 Powder Springs Road, Cobb County Georgia, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing said offense did assault and put in jeopardy the lives of bank employees by the use of a dangerous weapon, that is, a handgun;

while aided and abetted by another, defendant committed the offense of carjacking in that with intent to cause death and serious bodily harm, he did take a motor vehicle that had been transported in interstate commerce, from the person and presence of another by force and violence and intimidation; and

while aided and abetted by another, defendant during and in relation to crimes of violence for which he could be prosecuted in a court of the United States, to wit bank robbery and carjacking; he did knowingly use and carry a firearm.

in violation of Title 18 United States Code, Section(s) 2, 2113(a) & (d), 2119 and 924(c).

I further state that I am a(n) Special Agent of the Federal Bureau of Investigation and that this complaint is based on the following facts:

SEE THE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.          (X) Yes          () No

Signature of Complainant
FBI Special Agent Perry Meador

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to before me, and subscribed in my presence

March 4, 2010                                         at    Atlanta, Georgia
Date                                                              City and State

AFFIDAVIT

I, Perry C. Meador, being duly sworn, depose and state the following:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed for approximately ten years. I am currently assigned to the Atlanta, Georgia office and work on the Violent Crimes/Major Offenders Squad, which has the responsibility of investigating bank robberies.

2. The following is based on information and belief, the source of that information and basis for that belief being information obtained from investigation conducted personally and from that conducted by other law enforcement officers.

3. On December 23, 2009, at approximately 3:00 pm, The Bank of America, a federally insured institution, located at 2693 Powder Springs Road, Austell, Georgia, was robbed by two black males. The loss to the bank was approximately $41,000.00. Surveillance cameras in the bank were functioning at the time of the robbery and photos were obtained of the robbers.

4. Witnesses at the bank advised that the robbers entered the bank brandishing handguns. Robber 1 entered the bank waited until Robber 2 entered. Once both robbers were inside the bank, robber 1 entered an office and ordered everyone into the lobby area and on the ground. Robber 2 controlled the lobby area and ordered everybody on the ground. Robber 1 then vaulted over the teller counter. Robber 1, while waiving a silver handgun, shouted, "give

me the money bag." Robber 1 walked over to the female who was working the drive-through teller window, grabbed her hair and shouted, "give me the money bag." The teller did not understand what the robber was demanding. Robber 1 went back to the main teller-line and proceeded to take money form the teller drawers all the while demanding the money bag. Robber 2 controlled the lobby area of the bank and had everyone on the ground. Robber 2 also began demanding the money bag. After receiving money from the tellers, the two robbers fled the bank.

5. Witnesses inside the bank described the robbers as: Robber 1; black male, 5'10" - 6'0" inches in height, stocky build, late 20's to early 40's, weight 160 - 180 lbs., dark jacket, dark shoes, black mask over face, silver revolver. Robber 2 is described as a black male, 5'10 -6'0" inches in height, medium to stocky build, late 20's to early 30's, dark clothing, dark colored mask, silver revolver. Witnesses stated the bank robbers fled the bank around 3:00 pm.

6. Shortly after 3:00 pm, Emmanuel Bimpeh and his family, drove his 2000, green Nissan Xterra into the bank parking lot. Upon information and belief, the Nissan Xterra is manufactured outside the State of Georgia. Bimpeh was seated in the driver's seat, his wife in the passenger seat and his daughter in the back seat. Upon driving into the parking lot, Bimpeh observed a black SUV (a black Chevrolet Equinox) with tinted windows also parked in

the bank parking lot.  A black male got out of the passenger side of the black Chevrolet Equinox, ran to the driver's side window of Bimpeh's car, pointed a silver handgun at Bimpeh, and told Bimpeh and his family to get out the car.  At the same time, Bimpeh observed a second black male get out of the driver's seat of the black Chevrolet Equinox.  This second man also approached the driver's side window of Bimpeh's vehicle.  The second black male also had a silver handgun.  Bimpeh and his family then jumped out of their vehicle and fled.  The second black male who got out of the driver's seat of the black SUV got into the passengers side of Bimpeh's vehicle.  Bimpeh observed the first black male get into the driver's seat of Bimpeh's vehicle and drive off.  Bimpeh described the first black male as being approximately short 5'5", slim to medium build, late 30's to early 40's, with a small salt and pepper goatee and dressed in all black.  Bimpeh could not describe the black male who got out of the drivers side of the black SUV.

7.    Cobb County Police responded to the scene and recovered the black SUV.  The vehicle is described as a black 2006 Chevrolet Equinox, bearing Georgia tag number AAH2774 and VIN # 2CNDL73F966073123.  Upon conducting a search of the vehicle's VIN the vehicle is currently registered to a Genice Bacall Durham, of 2800 Park Ave., Austell, Georgia.  An NCIC (National Crime Information Center) check of the vehicle revealed that the vehicle

had not been reported stolen.

8.    Genice Durham was interviewed at her house that same evening.   Ms. Durham advised that her boyfriend, Londey Flenory borrowed her car and drove Ms. Durham to work that morning, Wednesday, December 23, 2009, and dropped off their son at boy's camp afterwards.   Flenory  kept her car, and according to Ms. Durham, Flenory said he was going to use the car to look for a job. Ms. Durham stated that Flenory is currently unemployed but generally works construction jobs.   Ms. Durham called Flenory at around 1:00 p.m. or 2:00 p.m. that afternoon to check in with him, but was unable to reach him.   Flenory was supposed to pick Ms. Durham up from work later that day in her black Chevrolet Equinox but Flenory never arrived.   Ms. Durham made several attempts to call Flenory on the phone but she was unable to reach him.   Ms. Durham advised that they are not married but have been living together since 2000 and they have an eight year old son.   Ms. Durham advised that **Flenory's cellular telephone is (404) 201-4067.**

9.    Genice Durham was interviewed again on December 29, 2009. During this interview, Ms. Durham stated that she has not seen or heard from Flenory since Wednesday December 23, 2009, the same day of the bank robbery referred to above in paragraphs 3 and 4.   Ms. Durham further advised that Flenory drives a 1991 Mitsubishi pick-up truck, which is registered in her name.   Ms. Durham advised that the truck was at her house on Wednesday, December 23, 2009, when

Flenory drove her to work. Ms Durham advised that Flenory was driving her vehicle because his truck had brake problems. Ms. Durham further advised that the truck was gone when she got home on the evening of December 23, 2009. Ms. Durham has not reported the vehicle stolen.

10. Londey Flenory is described as a black male, with a date of birth of February 27, 1959, 5'10" in height, 160 lbs., short black hair. Flenory's physical description is consistent with the physical description provided by witnesses at the bank. Flenory has an extensive criminal history to include two bank robbery convictions (one in 1981 and the second in 1993), a 1987 conviction for possession of Heroin with intent to deliver and a 1991 Aggravated Assault conviction.

11. After responding to the bank, Cobb County Police impounded the black Chevrolet Equinox registered to Ms. Genice Durham and subsequently obtained a search warrant. Upon conducting a search of the Equinox, a cellular telephone was located inside the black Chevrolet Equinox. The cellular telephone bears number (404) 201-4067 the cellular phone number used by Londey Flenory, referred to above in paragraph 8. In addition a latent print was lifted from the passenger seat belt buckle. A review of Flenory's cellular telephone records revealed that DANNY PATTEN telephonically contacted Flenory.

12. On Wednesday, December 23, 2009, Austell Police located Emmanuel Bimpeh's 2000, green, Nissan Xterra a short distance from Ms. Durham's house (2800 Park Avenue, Austell, Georgia). The vehicle was impounded and towed back to Cobb County Police Department. When searching the Nissan Xterra, police found a sock containing 20 (twenty) .38 caliber bullets inside the vehicle. Bimpeh stated that the sock and the bullets did not belong to him.

13. On December 29, 2009 an arrest warrant was obtained for Londey Flenory for the December 23, 2009 bank robbery. During the course of the investigation the FBI learned that Flenory telephonically contacted number (404) 207-3228 numerous times. This telephone number is subscribed to a DANNY PATTEN. DANNY PATTEN is a 33 year old black male, approximately 5'8" in height, weighing approximately 185 pounds. This physical description is consistent with what the witnesses described. PATTEN has a criminal history in Georgia, South Carolina and New York. PATTEN's Georgia criminal history consists of a 2003 conviction for theft by receiving stolen property, 2004 conviction for drug possession, purchase, and control. PATTEN's South Carolina criminal history consists of a 1991 conviction for possession of Marijuana, 1993 conviction for possession with intent to distribute Cocaine. PATTEN's New York criminal history consists of a 1984 conviction for assault with a weapon, criminal use of a firearm; a 1988 conviction for possession of a controlled substance.

14.   The FBI applied for and obtained from United States Magistrate Judge Alan J. Baverman an order for the cellular site information pertaining to (404) 207-3228.   A review of DANNY PATTEN's cellular telephone data, shows PATTEN's cellular telephone near the bank before during and immediately after the December 23, 2009 robbery.  In addition DANNY PATTEN's cellular telephone was in the vicinity of where the carjacked vehicle was recovered that same day.  The latent print taken from the seat belt buckle in the black Chevrolet Equinox (vehicle used to commit the carjacking immediately after the bank robbery) was compared to DANNY PATTEN's known prints.  The latent print matched that of DANNY PATTEN.

15.   On January 28, 2010, the carjacking victim, Emmanuel Bimpeh was shown a Photographic line-up consisting of six black males one of which was DANNY PATTEN.  After reviewing the line-up Bimpeh advised that he was not sure but believed that number three – DANNY PATTEN -- was the black male who exited from the black Chevrolet Equinox vehicle and carjacked him.  Bimpeh further advised that he was not absolutely sure because he needed to see number three's teeth.  **Bimpeh mentioned that the black male who carjacked him had gold teeth.**

16.   On March 2, 2010, Tyronne Alexander who resides at 435 Atwood Street, Atlanta, Georgia, has known DANNY PATTEN for approximately a year and a half.  Alexander stated that PATTEN lived at 435 Atwood Street, Atlanta, Georgia during this time frame

and moved out approximately one month ago.   Alexander confirmed that PATTEN has gold front teeth.

17.   Based on the foregoing, I submit that there is probable cause to believe that on December 23, 2009, DANNY PATTEN, along with Londey Flenory did violate Title 18, United States Code, 2113 (a) and (d)(armed bank robbery), Title 18, United States Code, 2119 (carjacking), Title 18, United States Code, 924(c)(using and carrying a firearm during and in relation to a crimes of violence).